2017 MAR -6 PM 1:53

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

_______________ Division

**CIVIL RIGHTS COMPLAINT FORM**

Donald Kautz

CASE NUMBER: 8:17-cv-544-T-35-MAP
(To be supplied by Clerk's Office)

(Enter full name of each Plaintiff and prison number, if applicable)

v.

Dr. Johnson and
Warden Poyder

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).

**ANSWER ALL OF THE FOLLOWING QUESTIONS:**

I. PLACE OF PRESENT CONFINEMENT: Zephyrhills C I
(Indicate the name and location)

II. EXHAUSTION OF ADMINISTRATIVE REMEDIES: **Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

III. PREVIOUS LAWSUITS:



IFP

A. Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No ( )

B. Have you initiated other lawsuits in federal court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No ( )

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

1. Parties to previous lawsuit:

Plaintiff(s): ______________________________

______________________________

Defendant(s): ______________________________

______________________________

2. Court (if federal court, name the district; if state court, name the county):

______________________________

3. Docket Number: ______________________________

4. Name of judge: ______________________________

5. Briefly describe the facts and basis of the lawsuit: ______________________________

______________________________

______________________________

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

______________________________

______________________________

7. Approximate filing date: ______________________________

8. Approximate disposition date: ______________________________

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so,

identify these suits below by providing the case number, the style, and the disposition of each case: ______________________________________________

______________________________________________

______________________________________________

______________________________________________

IV. PARTIES: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: ______________________________________________

Mailing address: ______________________________________________

______________________________________________

B. Additional Plaintiffs: ______________________________________________

______________________________________________

______________________________________________

In part C of this section, indicate the **full name** of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: ______________________________________________

Mailing Address: ______________________________________________

______________________________________________

Position: ______________________________________________

Employed at: ______________________________________________

D. Defendant: ______________________________________________

Mailing Address: ______________________________________________

______________________________________________

Position: ______________________________

Employed at: ______________________________

E. Defendant: ______________________________

Mailing Address: ______________________________

______________________________

Position: ______________________________

Employed at: ______________________________

F. Defendant: ______________________________

Mailing Address: ______________________________

______________________________

Position: ______________________________

Employed at: ______________________________

G. Defendant: ______________________________

Mailing Address: ______________________________

______________________________

Position: ______________________________

Employed at: ______________________________

V. STATEMENT OF CLAIM: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. **Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.**

Right to Freedom of Religion

VI. STATEMENT OF FACTS: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant[s]).

Dr Johnson and Warden in the morning 01-12-17 are on audio and vidio saying I need to stop my religion to get out of [illegible] CSU. I have been held for years in CSU and TCU for religion. And am put on low level. Moreover, the Warden whose name is Warden Poyder and Dr. Johnson walk through L Dorm at Zephyrhills

C.I 2739 Gall Blvd Zephyrhills, FL stoped at my cell L-3102 single and said something to me. Dr Johnson said I have to stop my religion to be released to the regular compound from CSU/TCU. Warden Poyder agreed that my religion was not part of the treatment. Audio and Monitering on these premisis. Coure Electronics.

VII. RELIEF REQUESTED: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

To pay me money for what they did

to me.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this 16 day of February, 2____.

(Signatures of all Plaintiffs)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☐ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail on: the ______ day of __________________________, 20____.